■ In the Matter of KENNETH KASE, for Reinstatement.— Respondent is reinstated as an attorney and counselor-at-law in the State of New York effective March 24, 1987. Concur— Murphy, P. J., Kupferman, Sullivan, Ellerin and Wallach, JJ.